IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACY SHIPPS,<br><br>    Plaintiff,<br><br> vs.<br><br>WALMART, INC., and WAL-MART REAL ESTATE BUSINESS TRUST,<br><br>    Defendants. | 4:23CV3123<br><br>**ORDER** |

  IT IS ORDERED that the motion to withdraw Cameron C. Finke as counsel of record for Defendants, (Filing No. 18), is granted. Cameron C. Finke shall no longer receive electronic notice in this case.

  Dated this 29th day of December, 2023.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge